IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID R. CUNNINGHAM, JEROME BROWN, MARCELLA EMERY, and RONALD EMERY | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 17-5102 |
| v. | : : | |
| CREDIT BUREAU OF LANCASTER COUNTY, INC., | : : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 20th day of November, 2018, after considering the motion for summary judgment filed by the defendant (Doc. No. 26), the response in opposition filed by the plaintiffs (Doc. No. 30), the defendant's reply to the response in opposition (Doc. No. 31), the record presented to the court by the parties, the arguments presented to the court at oral argument; and for the reasons set forth in the separately filed memorandum opinion; accordingly, it is hereby **ORDERED** as follows:

1. The motion for summary judgment (Doc. No. 26) is **DENIED**; and

2. The court will hold a telephone conference to discuss implementing amended scheduling deadlines in this case on **Thursday**, **November 29, 2018**, at **3:00 p.m.** Counsel for the plaintiffs shall initiate the call by contacting the undersigned's civil deputy clerk at (610) 333-1833 once all parties are present on the call.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.